DAN RAYFIELD
Attorney General
NICK M. KALLSTROM  #050023
Assistant Attorney General
JAMES M. AARON  #132865
Attorney in Charge
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Nick.M.Kallstrom@doj.oregon.gov
            James.Aaron@doj.oregon.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS JOSUE SIAS,<br><br>Petitioner,<br><br>v.<br><br>SUE WASHBURN,<br><br>Respondent. | Case No.  2:20-cv-00997-JR<br><br>DECLARATION OF NICK KALLSTROM IN SUPPORT OF JOINT MOTION TO LIFT STAY AND DISMISS |

I, Nick M. Kallstrom, declare:

1.      I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

2.      I am counsel for respondent in the above-captioned case.

Page 1 -    DECLARATION OF NICK KALLSTROM IN SUPPORT OF JOINT MOTION TO LIFT
                STAY AND DISMISS
                    NMK/kk4/1015611527

3.      By the accompanying motion, I am requesting that this Court lift the stay of these federal habeas proceedings and dismiss these proceedings pursuant to a stipulated agreement reached in petitioner's state-court proceedings.

4.      In this proceeding, petitioner filed a Petition for Writ of Habeas Corpus, subsequently amended by appointed counsel, challenging a Murder conviction entered in *State of Oregon v. Nicholas Josue Sias*, Washington County Circuit Court Case No. C092106CR.  (ECF Nos. 1, 61, 140).  On April 10, 2024, this Court entered an order staying these federal habeas proceedings, pending the completion of petitioner's state proceedings for post-conviction relief. (ECF No. 150).

5.      On September 11, 2024, petitioner filed a petition for post-conviction relief, challenging his murder conviction, which was thereafter amended by appointed counsel. *Nicholas Josue Sias v. Jamie Miller*, Malheur County Circuit Court Case No. 24CV44125.  That case has since been resolved by entry of a Stipulated General Judgment, under which petitioner's criminal judgment in *State of Oregon v. Nicholas Josue Sias*, Washington County Circuit Court Case No. C092106CR has now been amended to impose a conviction for the lesser-included offense of Manslaughter in the First Degree.  (Att. 1).  One provision of the Stipulated General Judgment provides as follows:  "Furthermore, as an essential term of this agreement, petitioner agrees to join respondent's motion to dismiss the federal habeas corpus case *Nicholas J. Sias v. Sue Washburn*, United States District Court Case No. 2:20-cv-00997-JR following entry of this judgment[.]"  (*Id.*).

6.      Because the Stipulated General Judgment has been entered, the parties jointly move this Court to lift the stay and dismiss these federal habeas proceedings.

Page 2 -    DECLARATION OF NICK KALLSTROM IN SUPPORT OF JOINT MOTION TO LIFT
        STAY AND DISMISS
        NMK/kk4/1015611527

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

7.      I have contacted petitioner's attorney, Susan Wilk, and she has stated that petitioner joins this motion.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on March  17 , 2026.

_s/ Nick M. Kallstrom_
NICK M. KALLSTROM
Assistant Attorney General

Page 3 -    DECLARATION OF NICK KALLSTROM IN SUPPORT OF JOINT MOTION TO LIFT
       STAY AND DISMISS
       NMK/kk4/1015611527

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| STATE OF OREGON,<br><br>             Plaintiff,<br><br>        v.<br><br>NICHOLAS SIAS,<br><br>             Defendant. | Washington County Circuit Court<br>Case No.  C092106CR<br><br><br>**NOTICE OF ENTRY OF JUDGMENT<br>GRANTING POST-CONVICTION RELIEF** |

Defendant, Nicholas Sias, hereby gives notice of the entry of the post-conviction judgment, entered on March 16, 2026, in Malheur County Circuit Court Case Number 24CV44125. A copy of the judgment is attached to this notice.

The post-conviction court granted post-conviction relief and amended the judgment in the present criminal case, Washington County Circuit Court Case Number C092106CR. The judgment was amended by the court to impose the following:

1.  A conviction on count 1 for the lesser included offense of Manslaughter in the First Degree;

2.  A sentence of 120 months in prison, pursuant to ORS 137.700, with three years of post-prison supervision;

3.  All money awards from the original judgment, including restitution, are vacated.

//

//

Page 1 – NOTICE OF ENTRY OF JUDGMENT GRANTING POST-CONVICTION RELIEF

With credit for time served, the Post-Conviction Court anticipates that no additional incarceration or post-prison supervision time remains outstanding. It is the intent of the Court and the parties that entry of this post-conviction judgment granting the agreed-upon relief will preclude the need for entry of an amended criminal judgment and will result in petitioner's immediate release.

DATED 16th day of March, 2026

Respectfully submitted,

*/s/ Kenneth A. Kreuscher*
KENNETH KREUSCHER OSB 66189
Oregon Innocence Project
P.O. Box 5248
Portland, OR
503-342-1023
kkreuscher@oregoninnocence.info

Counsel for Sias

Page 2 – NOTICE OF ENTRY OF JUDGMENT GRANTING POST-CONVICTION RELIEF

# CERTIFICATE OF SERVICE

I certify that on March 16, 2026, I or an agent acting on my behalf served the foregoing

NOTICE upon the parties hereto via the email addresses below:

TARA GARDNER, DOJ
tara.gardner@doj.oregon.gov

NICK KALLSTROM, DOJ
Nick.m.kallstrom@doj.oregon.gov

LAURA ROWAN, DOJ
Laura.rowan@doj.oregon.gov

CHRISTOPHER LEWMAN
Christopher_lewman@washingtoncountyor.gov


DATED 16th day of March, 2026

Respectfully Submitted,


*/s/ Kenneth A. Kreuscher*
KENNETH KREUSCHER OSB 66189
Oregon Innocence Project
P.O. Box 5248
Portland, OR
503-342-1023
kkreuscher@oregoninnocence.info

Counsel for Sias

Page 3 – NOTICE OF ENTRY OF JUDGMENT GRANTING POST-CONVICTION RELIEF

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MALHEUR

| | |
|---|---|
| NICHOLAS JOSUE SIAS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMIE MILLER, Superintendent,<br>Snake River Correctional Institution,<br><br>    Defendant. | Case No. 24CV44125<br><br>STIPULATED GENERAL JUDGMENT<br><br>**POST-CONVICTION**<br><br>**ORS 20.140 - State fees deferred at filing** |

This matter came before the Court on petitioner's First Amended Petition for Post-Conviction Relief and the parties' Joint Motion for Stipulated Judgment.  Petitioner is represented by Kenneth Kreuscher, Susan Wilk, and Kassidy Hetland.  Defendant is represented by Tara Gardner, Nick Kallstrom, and Laura Maurer Rowan, Senior Assistant Attorneys General.

The Court being first fully informed, accepting the parties' stipulations, which are incorporated by this reference, and finding that petitioner knowingly, intelligently, and voluntarily agreed to the settlement terms described in those stipulations,

NOW, THEREFORE, IT IS HEREBY ADJUDGED that:

1.　　The judgment in *State of Oregon v. Nicholas Josue Sias*, Washington County Circuit Court Case No. C092106CR, is amended to impose a conviction on Count 1 for the lesser included offense of Manslaughter in the First Degree. The judgment is amended to impose a sentence of 120 months in prison, pursuant to ORS 137.700, with three years of post-prison supervision on Count 1. With credit for time served, the Court and parties anticipate that no additional incarceration or post-prison supervision time remains outstanding.

Page 1 -　STIPULATED GENERAL JUDGMENT
TG5/sn5/1015535764

OAR 213-012-0030(3)(b). The judgment is further amended to vacate all money awards, including restitution, ordered in the judgment;

2.    It is the intent of the Court and parties that the sentence imposed herein will result in petitioner's immediate release after petitioner complies with the requirements in ORS 138.640(2), within such time thereafter as is reasonably necessary for the processing of his release;

3.    Petitioner waives any further challenges to his convictions or sentences in *State of Oregon v. Nicholas Josue Sias*, Washington County Circuit Court Case No. C092106CR, except that pursuant to UTCR 4.110, petitioner may file and serve a request for reimbursement for all costs, fines, fees, and restitution imposed by the court, including indigent defense application fees, contribution fees, and attorney's fees, and defendant will not oppose such request;

4.    Furthermore, as an essential term of this agreement, petitioner agrees to join respondent's motion to dismiss the federal habeas corpus case *Nicholas J. Sias v. Sue Washburn*, United States District Court Case No. 2:20-cv-00997-JR following entry of this judgment;

5.    It is the intent of the Court and the parties that entry of a post-conviction judgment granting the agreed-upon relief will preclude the need for entry of an amended criminal judgment. To facilitate this objective, petitioner waives any right to appear and consents to entry of a judgment consistent with the terms of this judgment;

6.    All other relief in this matter is DENIED with prejudice, with no costs to either party; and

7.    The First Amended Petition for Post-Conviction Relief is DISMISSED with prejudice in all other respects.

Page 2 -    STIPULATED GENERAL JUDGMENT
TG5/sn5/1015535764

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

ATTACHMENT 1, Page 5 of 6
Case No. 2:20-cv-00997-JR

This judgment is not enforceable until petitioner complies with the requirements outlined in ORS 138.640(2).

3/16/2026 1:38:57 PM

_____

Lung S. Hung, Circuit Court Judge

Submitted by: Tara Gardner
Nick Kallstrom
Laura Maurer Rowan
Senior Assistant Attorneys General
Attorneys for Defendant

State of Oregon for the County of Malheur
I certify that this is a true and correct copy of a
document in the possession of the court
administrator for Malheur County Circuit Court.
Dated: 03/16/2026
_____
Court Administrator or Designee
Emma Thorstad
Printed Name

Page 3 -    STIPULATED GENERAL JUDGMENT
TG5/sn5/1015535764

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794